IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No.: 13-00006-001 |
| DION WHITFIELD | : |

ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

THIS MATTER, having come before the Court during the ReNew Court session on July 12, 2016 by Motion of the Government, represented by Assistant United States Attorney Glenn Moramarco, and the Defendant, Dion Whitfield, represented by Assistant Federal Public Defender Maggie F. Moy, having consented in open court, for an Order Modifying the Conditions of Supervised Release to include the following special condition of supervision:

'The defendant shall undergo treatment in a mental health program approved by the United States Probation Office until discharged by the Court.  As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, as approved by the United States Probation Office, until discharged by the Court.  The Probation Officer shall supervise the defendant's compliance with this condition;'

and ordering that all other terms and conditions of supervised release set forth in the original Judgment of Conviction dated May 30, 2013 shall remain in full force and effect; and for good cause shown;

IT IS THE FINDING OF THIS COURT THAT:

1. The reasons for the Court's Order Modifying the Conditions of Supervised Release were set forth during Mr. Whitfield's ReNew Court session on July 12, 2016; and

2. The United States Probation office, the Government, and the Defendant all consented to the modification of the conditions of supervised release during the ReNew Court session on July 12, 2016.

IT IS, therefore, on this 15th day of July, 2016,

ORDERED that the Defendant's Conditions of Supervised Release is modified to include the following special condition of supervision:

'The defendant shall undergo treatment in a mental health program approved by the United States Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, as approved by the United States Probation Office, until discharged by the Court. The Probation Officer shall supervise the defendant's compliance with this condition;' and that all other conditions of supervised release set forth in the original Judgment of Conviction dated May 30, 2013 shall remain in full force and effect.

BY THE COURT:

_____
Noel L. Hillman, J.